UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | * | CASE NO.: 23-58385-PWB |
| CORSICA DENISE SHONELL LONG | * | |
| | * | CHAPTER 13 |
| DEBTORS | * | |

**MOTION TO EXTEND STAY**

COMES NOW Debtor, Corsica Denise Shonell Long, and asks this Court to extend the automatic stay of 11 USC Section 362(a) in this Chapter 13 Bankruptcy Case beyond the period of thirty (30) days against all Creditors and shows the Court the following:

1.

This case was commenced on August 31, 2023 by the filing of a Voluntary Petition in Bankruptcy for relief under Title 11 Chapter 13 of the United States Code.

2.

Debtor was the petitioning debtor in the following prior case, case #23-53626. This case was filed April 18, 2023 and Dismissed August 14, 2023 for failure to pay plan payments.

3.

Debtors filed this instant case in a good faith effort to retain her residence and vehicle.

4.

During Debtor's prior case she was unable to work for a over a month and her child had to have surgery which caused her to be unable to make the required payments under the plan. Debtor is now back working and able to fulfill her necessary obligations in this case.

5.

Extension of the automatic stay will not harm the creditors and is in the best interest of the Debtor.

6.

Debtor has filed the instant case in good faith. Debtor asks the court to extend the stay and allow her the opportunity to be successful in her current chapter 13 case.

WHEREFORE, Debtor prays that the automatic stay of 11 USC Section 362(a) extended until further order of the court.

Respectfully submitted,

\_\_\_/s/_____
Danielle J. Eliot, Georgia Bar No. 142243
Attorney for Debtor
Law Office of Danielle J. Eliot, PC
2470 Windy Hill Rd
Suite 151
Marietta, GA 30067
danielle@djelawfirm.com
770-672-6735

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | * | CASE NO.: 23-58385-PWB |
| CORSICA DENISE SHONELL LONG | * | |
| | * | CHAPTER 13 |
| DEBTORS | * | |

**CERTIFICATE OF SERVICE**

I hereby certify that on 13th day of September, 2023, I electronically filed the foregoing Motion to Extend Stay with the Clerk of Court using the CM/ECF system which will automatically send an e-mail notification of such filing to the parties or attorneys of record. I have also on this day caused a copy of the pleading to be placed in first-class United States mail, postage prepaid, addressed to the following recipients not participating in the CM/ECF system as follows:

Corsica Denise Shonell Long
2994 Heather Lake Dr
Austell, GA 30106

K Edward Safir – VIA ECF
Chapter 13 Trustee
Suite 1600
285 Peachtree Center Ave
Atlanta, GA 30303

Progress Residential Borrower 6, LLC
c/o Cruikshank Ersin LLC
Elizabeth Cruikshank, Esq, Attorney
6065 Roswell Rd, Ste 680
Atlanta, GA 30328

(Plus All creditors on Attached Matrix)

This the 13th day of September, 2023

___/s/_____
Danielle J. Eliot
Attorney for Debtor
Law Office of Danielle J. Eliot, PC
2470 Windy Hill Rd, Suite 151
Marietta, GA 30067
danielle@djelawfirm.com
770-313-7999