UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | * | CASE NO.: 23-58385-PWB |
| CORSICA DENISE SHONELL LONG | * | |
| | * | CHAPTER 13 |
| DEBTORS | * | |

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that Danielle J. Eliot has filed **"Motion to Extend Stay"** and related papers with the Court seeking an order Extending the Stay**.**

**PLEASE TAKE FURTHER NOTICE** that the Court will hold a hearing on the Motion to Extend at **10:30A.M** on **September 27, 2023** in Courtroom 342, US Courthouse, 600 East First Street, Rome, GA 30161 which may be attended in person or via the Court's Virtual Hearing Room. You may join the Virtual Hearing Room through the "Dial-in and Virtual Bankruptcy Hearing Information" link at the top of the homepage of the Court's website, www.ganb.uscourts.gov, or the link on the judge's webpage, which can also be found on the Court's website. Please also review the "Hearing Information" tab on the judge's webpage for further information about the hearing. You should be prepared to appear at the hearing via video, but you may leave your camera in the off position until the Court instructs otherwise. Unrepresented persons who do not have video capability may use the telephone dial-in information on the judge's webpage.

Your rights may be affected by the court's ruling on these pleadings. You should read these pleadings carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.) If you do not want the court to grant the relief sought in these pleadings or if you want the court to consider your views, then you and/or your attorney must attend the hearing. You may also file a written response to the pleading with the Clerk at the address stated below, but you are not required to do so. If you file a written response, you must attach a certificate stating when, how and on whom (including addresses) you served the response. Mail or deliver your response so that it is received by the Clerk at least two business days before the hearing. The address of the Clerk's Office is Clerk, U. S. Bankruptcy Court, 600 East First Street, Room 339, Rome, GA 30161. You must also mail a copy of your response to the undersigned at the address stated below.

                                         Respectfully Submitted,
                                         Law Office of Danielle J. Eliot, PC
                                         By:/s/_____
                                         Danielle J. Eliot, GA Bar No.  142243
                                         Attorney for the Debtor
                                         2470 Windy Hill Rd, Ste 151
                                         Marietta, GA 30067
                                         770-672-6735
                                         danielle@djelawfirm.com

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | * | CASE NO.: 23-58385-PWB |
| CORSICA DENISE SHONELL LONG | * | |
| | * | CHAPTER 13 |
| DEBTORS | * | |

**CERTIFICATE OF SERVICE**

I hereby certify that on 13th day of September, 2023, I electronically filed the foregoing Notice of Hearing with the Clerk of Court using the CM/ECF system which will automatically send an e-mail notification of such filing to the parties or attorneys of record. I have also on this day caused a copy of the pleading to be placed in first-class United States mail, postage prepaid, addressed to the following recipients not participating in the CM/ECF system as follows:

Corsica Denise Shonell Long
2994 Heather Lake Dr
Austell, GA 30106

K Edward Safir – VIA ECF
Chapter 13 Trustee
Suite 1600
285 Peachtree Center Ave
Atlanta, GA 30303

Progress Residential Borrower 6, LLC
c/o Cruikshank Ersin LLC
Elizabeth Cruikshank, Esq, Attorney
6065 Roswell Rd, Ste 680
Atlanta, GA 30328

(Plus All creditors on Attached Matrix)

This the 13th day of September, 2023

___/s/_____
Danielle J. Eliot
Attorney for Debtor
Law Office of Danielle J. Eliot, PC
2470 Windy Hill Rd, Suite 151
Marietta, GA 30067
danielle@djelawfirm.com
770-313-7999