IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
(Atlanta)

| | |
|---|---|
| IN RE:<br>Corsica Denise Shanell Long,<br><br>**Debtor(s)**. | CASE NO. 23-58385-pwb<br>CHAPTER 13<br><br>Judge Paul W. Bonapfel<br><br>CONTESTED MATTER |
| Progress Residential Borrower 6, LLC,<br><br>**Movant**<br><br>v.<br><br>Corsica Denise Shanell Long, Debtor(s);<br>and K. Edward Safir, Trustee,<br><br>**Respondents**. | |

## MOTION TO LIFT STAY FOR DEBTOR'S NONCOMPLIANCE WITH STRICT COMPLIANCE ORDER

COMES NOW Progress Residential Borrower 6, LLC ("Movant"), and files this Motion to Lift Stay for Debtor's Noncompliance with Strict Compliance Order and shows the Court as follows:

1.

Debtor leases certain real property from Movant known as 2991 Heather Lake Dr, Austell, GA 30106, (hereinafter, the "Property"). Debtor sought to extend and reimpose the automatic stay [Doc. 13] beyond the statutory 30 days upon all creditors and parties in interest.

2.

This Court entered an Order Extending Stay ("Compliance Order") on September 27, 2023 [Doc. 16].

3.

1

The terms of the Compliance Order required Debtor to pay September and October rent payment in full by October 3, 2023, as stipulated in the Court's Order, and resume strict compliance with the Lease and monthly rental payments, including all utilities, beginning November 1, 2023. Rent is due under the lease agreement on or before the first day of each month.

4.

Any default under the terms of the Compliance Order requires Movant to send notice of said default to Debtor, Codebtor, and Debtors' attorney. Debtor has ten (10) days from receipt of said notice to cure the default.

5.

Debtor failed to tender the required amounts under the Compliance Order on time or in full.

6.

On January 10, 2024, counsel for Movant sent a Notice of Default pursuant to the terms of the Compliance Order ("Notice of Default"). *See* Notice of Default attached hereto as **Exhibit 1**.

7.

Debtor failed to timely cure the default by tendering the sums due thereunder on or before the tenth (10th) day after receipt of said Notice. *See* Affidavit of Noncompliance, attached hereto as **Exhibit 2**.

8.

Movant therefore moves this Court to enter an Order granting it relief from the automatic stay as set forth within the Compliance Order without further hearing.

9.

Movant is otherwise unable to exercise its state law remedies under the terms of the Lease Agreement so long as the automatic stay remains in effect.

WHEREFORE, Movant PROGRESS RESIDENTIAL BORROWER 6, LLC prays for the following relief:

(a) That this Court grant Movant's Motion for Relief From Stay;

(b) That the automatic stay pursuant to § 362(d) of the Bankruptcy Code be terminated, annulled, modified, and lifted to permit Movant to pursue all remedies available under Georgia law to recover possession of the Property and to allow Movant to apply any security deposit held by Movant to any post-petition amounts which came due under the terms of the Lease, and that the property be abandoned as property of the estate;

(c) That the Court waive and/or modify Bankruptcy Rule 4001(a)(3) so as to allow Movant to proceed immediately with a dispossessory action;

(d) That the Court award Movant its attorney's fees and costs in bringing of this Motion; and

(e) For such other and further relief as this Court deems just and equitable.

Respectfully submitted, this Thursday, January 25, 2024.

| | |
|---|---|
| THE TOTTEN FIRM, LLC | /s/ Matthew F. Totten |
| 2090 Dunwoody Club Dr, Ste 106-33 | MATTHEW F. TOTTEN |
| Atlanta, GA 30350 | (Georgia Bar No. 798589) |
| (404) 692-4342 (Telephone) | ATTORNEY FOR MOVANT |
| mft@tottenfirm.com | |

## CERTIFICATE OF SERVICE

      This is to certify that, in accordance with BLR 5005-5 (Bankr. N.D. Ga.), I have this date electronically filed the within and foregoing ***MOTION TO LIFT STAY FOR DEBTOR'S NONCOMPLIANCE WITH STRICT COMPLIANCE ORDER*** in the above-captioned contested matter with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to all parties or counsel of record, and specifically, to counsel of record for the parties in interest in this matter:

K. Edward Safir
Chapter 13 Trustee
Suite 1600
285 Peachtree Center Ave. NE
Atlanta, GA 30303

Danielle J. Eliot
Law Office of Danielle J. Eliot
2470 Windy Hill Rd
Suite 151
Marietta, GA 30067

      I have also on this day caused a copy of the pleading to be placed in the first-class United States mail, postage prepaid, addressed to the following recipients not participating in the CM/ECF system as follows:

Corsica Denise Shanell Long
2994 Heather Lake Dr
Austell, GA 30106
*Debtor*

Dated: Thursday, January 25, 2024.

THE TOTTEN FIRM, LLC
2090 Dunwoody Club Dr, Ste 106-33
Atlanta, GA 30350
(404) 692-4342 (Telephone)
mft@tottenfirm.com

/s/ Matthew F. Totten
MATTHEW F. TOTTEN
(Georgia Bar No. 798589)
ATTORNEY FOR MOVANT