IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
(Atlanta)

| | |
|---|---|
| IN RE:<br>Corsica Denise Shanell Long,<br><br>**Debtor(s)**. | CASE NO. 23-58385-pwb<br>CHAPTER 13<br><br>Judge Paul W. Bonapfel |
| Progress Residential Borrower 6, LLC<br><br>**Movant**<br><br>v.<br><br>Corsica Denise Shanell Long, Debtor(s);<br>K. Edward Safir, Trustee<br><br>**Respondents**. | CONTESTED MATTER |

### AFFIDAVIT OF DEBTOR'S NONCOMPLIANCE WITH COURT ORDER

PERSONALLY APPEARED before the undersigned officer duly authorized to administer oaths, Matthew F. Totten, who first being sworn on oath deposes and states as follows:

1. My name is Matthew F. Totten; I am over 21 years of age and suffering from no disease or defect that would render me incompetent to testify before this Court. I am competent to testify to all matters set forth herein and do so based on my personal knowledge.

2. I am an attorney licensed to practice law in the State of Georgia.

3. I represent the Movant as legal counsel in the above-styled matter.

4. Per this Court's written order following a contested hearing on October 16, 2023, Debtor Corsica Denise Shanell Long was directed to make all rent payments beginning November 1, 2023 on time. Movant was permitted to file a default motion for relief after providing debtor a 10 day notice to cure the default; and the court may enter a order lifting the stay with no further notice. See Doc. 16.

1

5. Movant sent Debtor a 10 day notice on January 10, 2024, a copy of which is attached hereto as **Exhibit A**.

6. Movant has not received ongoing monthly rental payments for the months of November 2023, December 2023, and January 2024.

7. As of this date, Debtor remains in possession of the property in question in this matter despite their failure to make said timely payment due as ordered by this Court.

8. Pursuant to the foregoing, Movant respectfully requests that this Court enter an order lifting the automatic stay under §§ 362(a), 362(d)(1), and Bankruptcy Rule 4001(a)(3).

FURTHER AFFIANT SAYEHT NAUGHT.

This 25th day of January, 2024.

Matthew F. Totten
GA Bar. No. 798589
Attorney for Movant

Sworn and subscribed before me
This 25th day of January, 2024.

Notary Public

2



# THE TOTTEN FIRM
REAL ESTATE ATTORNEYS

2090 Dunwoody Club Dr, Ste 106-33, Atlanta, GA 30350

Matthew F. Totten, Esq.
Direct Dial: (404) 692-4342
Email: mft@tottenfirm.com

January 10, 2024

**VIA CERTIFIED MAIL & E-MAIL** – Danielle J. Eliot, Esq. – danielle@djelawfirm.com

| Danielle J. Eliot<br>2470 Windy Hill Rd<br>Suite 151<br>Marietta, GA 30067<br>*Counsel for Debtor* | Corsica Denise Shanell Long<br>2991 Heather Lake Dr<br>Austell, GA 30106<br>*Debtor* | K. Edward Safir<br>285 Peachtree Center Ave<br>Suite 120<br>Atlanta, GA 30303<br>*Chapter 13 Trustee, via First Class Mail* |
|---|---|---|

RE: <u>Notice of Default</u>, *IN RE: CORSICA DENISE SHANELL LONG*, Case No. 23-58385-PWB, US Bankruptcy Court, Northern District of Georgia

To Whom It May Concern:

Pursuant to the terms of that Bankruptcy Court Order, as attached hereto, please be advised that the debtor has failed to comply with the payment terms of the Court's order, as set forth herein.

For ease of reference, I have included a snapshot of the funds accruing/having been paid since filing – as you will note, no funds have been paid since October 30, 2023, despite the terms of the order.

Should the debtor fail to cure its default within ten (10) days of this letter, my client intends to move forward pursuant to the terms of the enclosed order. Payments must be received at Movant's mailing address, as located at PO Box 4300, Scottsdale, AZ 85261.

Sincerely,

THE TOTTEN FIRM, LLC

Matthew F. Totten, Esq.

Attachment

EX. A

| Date | Type | Description | Amount | Payment | Balance | Ref |
|---|---|---|---|---|---|---|
| 08/10/2023 | legal | Posting Fee for Demand Letter as of 10 Aug 202 | 40.00 | | 21,837.75 | 35240393 |
| 09/01/2023 | utility | Electricity - 06/05/23-07/05/23 | 252.20 | | 22,089.95 | 35331696 |
| 09/01/2023 | utility | Gas - 06/09/23-07/10/23 | 12.83 | | 22,102.78 | 35331697 |
| 09/01/2023 | utility | Service Fee | 7.95 | | 22,110.73 | 35331698 |
| 09/01/2023 | utility | Sewer - 06/20/23-07/24/23 | 67.00 | | 22,177.73 | 35331699 |
| 09/01/2023 | utility | Trash - 08/01/23-08/31/23 | 32.60 | | 22,210.33 | 35331700 |
| 09/01/2023 | pmadmin | Utility Default Fee - 06/05/23-07/05/23 | 50.00 | | 22,260.33 | 35331701 |
| 09/01/2023 | utility | Water - 06/20/23-07/24/23 | 59.20 | | 22,319.53 | 35331702 |
| 09/01/2023 | rent | Rent (09/2023) | 2,036.00 | | 24,355.53 | 35877667 |
| 09/01/2023 | exmptfee | Ins Exmpt (09/2023) | 14.95 | | 24,370.48 | 36051169 |
| 09/04/2023 | late | Late Fee | 125.00 | | 24,495.48 | 36157503 |
| 09/15/2023 | legalexp | Eviction Admin Fee | 200.00 | | 24,695.48 | 36289765 |
| 09/19/2023 | legalexp | Eviction Admin Fee | (200.00) | | 24,495.48 | 36302673 |
| 10/01/2023 | utility | Electricity - 07/05/23-08/04/23 | 316.38 | | 24,811.86 | 36321995 |
| 10/01/2023 | utility | Gas - 07/10/23-08/09/23 | 13.30 | | 24,825.16 | 36321996 |
| 10/01/2023 | utility | Service Fee | 7.95 | | 24,833.11 | 36321997 |
| 10/01/2023 | utility | Sewer - 07/24/23-08/23/23 | 33.50 | | 24,866.61 | 36321998 |
| 10/01/2023 | utility | Trash - 08/31/23-09/30/23 | 30.56 | | 24,897.17 | 36321999 |
| 10/01/2023 | pmadmin | Utility Default Fee - 07/05/23-08/04/23 | 50.00 | | 24,947.17 | 36322000 |
| 10/01/2023 | utility | Water - 07/24/23-08/23/23 | 32.15 | | 24,979.32 | 36322001 |
| 10/01/2023 | rent | Rent (10/2023) | 2,036.00 | | 27,015.32 | 36713065 |
| 10/01/2023 | exmptfee | Ins Exmpt (10/2023) | 14.95 | | 27,030.27 | 37034405 |
| 10/04/2023 | late | Late Fee | 125.00 | | 27,155.27 | 37161486 |
| 10/17/2023 | | chk# 29028325656 :CHECKscan Payment | | 600.00 | 26,555.27 | 13897691 |
| 10/24/2023 | | chk# 28552870710 :CHECKscan Payment | | 400.00 | 26,155.27 | 13967453 |
| 10/27/2023 | | chk# 29052978243 :CHECKscan Payment | | 900.00 | 25,255.27 | 14032266 |
| 10/30/2023 | | chk# 29052978388 :CHECKscan Payment | | 300.00 | 24,955.27 | 14062042 |
| 10/30/2023 | | chk# 29052978377 :CHECKscan Payment | | 1,000.00 | 23,955.27 | 14062043 |
| 11/01/2023 | utility | Electricity - 08/04/23-09/05/23 | 276.60 | | 24,231.87 | 37319588 |
| 11/01/2023 | utility | Gas - 08/09/23-09/11/23 | 13.36 | | 24,245.23 | 37319589 |
| 11/01/2023 | utility | Service Fee | 7.95 | | 24,253.18 | 37319590 |
| 11/01/2023 | utility | Sewer - 08/23/23-09/22/23 | 20.10 | | 24,273.28 | 37319591 |
| 11/01/2023 | utility | Trash - 09/30/23-10/31/23 | 30.56 | | 24,303.84 | 37319592 |
| 11/01/2023 | pmadmin | Utility Default Fee - 08/04/23-09/05/23 | 50.00 | | 24,353.84 | 37319593 |
| 11/01/2023 | utility | Water - 08/23/23-09/22/23 | 21.33 | | 24,375.17 | 37319594 |
| 11/01/2023 | rent | Rent (11/2023) 28 days | 1,900.27 | | 26,275.44 | 37803140 |
| 11/01/2023 | rent | Rent (11/2023) 2 days | 141.16 | | 26,416.60 | 37803141 |
| 11/01/2023 | exmptfee | Ins Exmpt (11/2023) | 14.95 | | 26,431.55 | 38070894 |
| 11/04/2023 | late | Late Fee | 125.00 | | 26,556.55 | 38239837 |
| 12/01/2023 | exmptfee | Ins Exmpt (12/2023) | 14.95 | | 26,571.50 | 38948253 |
| 12/01/2023 | utility | Electricity - 09/05/23-10/04/23 | 180.83 | | 26,752.33 | 39245434 |
| 12/01/2023 | utility | Gas - 09/11/23-10/09/23 | 15.26 | | 26,767.59 | 39245435 |
| 12/01/2023 | utility | Service Fee | 7.95 | | 26,775.54 | 39245436 |
| 12/01/2023 | utility | Sewer - 09/22/23-10/18/23 | 14.54 | | 26,790.08 | 39245437 |
| 12/01/2023 | utility | Trash - 11/01/23-12/01/23 | 32.60 | | 26,822.68 | 39245438 |
| 12/01/2023 | pmadmin | Utility Default Fee - 09/05/23-10/04/23 | 50.00 | | 26,872.68 | 39245439 |
| 12/01/2023 | utility | Water - 09/22/23-10/18/23 | 19.34 | | 26,892.02 | 39245440 |
| 12/01/2023 | rent | Rent (12/2023) | 2,117.44 | | 29,009.46 | 39751845 |
| 12/04/2023 | late | Late Fee | 125.00 | | 29,134.46 | 39851445 |
| 01/01/2024 | utility | Electricity - 10/04/23-11/02/23 | 102.90 | | 29,237.36 | 40370613 |
| 01/01/2024 | utility | Gas - 10/09/23-11/08/23 | 51.34 | | 29,288.70 | 40370614 |
| 01/01/2024 | utility | Service Fee | 7.95 | | 29,296.65 | 40370615 |
| 01/01/2024 | utility | Sewer - 10/18/23-11/15/23 | 14.54 | | 29,311.19 | 40370616 |
| 01/01/2024 | utility | Trash - 12/01/23-12/31/23 | 30.56 | | 29,341.75 | 40370617 |
| 01/01/2024 | pmadmin | Utility Default Fee - 10/04/23-11/02/23 | 50.00 | | 29,391.75 | 40370618 |
| 01/01/2024 | utility | Water - 10/18/23-11/15/23 | 19.34 | | 29,411.09 | 40370619 |
| 01/01/2024 | exmptfee | Ins Exmpt (01/2023) | 14.95 | | 29,426.04 | 40425633 |
| 01/01/2024 | rent | Rent (01/2024) | 2,117.44 | | 31,543.48 | 40686306 |

4 / 5

**IT IS ORDERED as set forth below:**



Date: October 16, 2023

_Paul W. Bonapfel_
**Paul W. Bonapfel**
**U.S. Bankruptcy Court Judge**

_____

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | * | CASE NO. 23-58385-PWB |
| CORSICA DENISE SHANELL LONG | * | |
| | * | CHAPTER 13 |
| DEBTOR. | * | |

## ORDER EXTENDING STAY

On September 13, 2023, Debtor filed a *Motion to Extend the Stay* (Doc. (Doc. No 12) ("the Motion"), which seeks to extend the stay of §362 beyond the 30 days upon all creditors and parties in interest. Upon notice hearing was held on September 27, 2023. At the call of the calendar, appearances were made by Attorney for the Debtor, the Chapter 13 Trustee and Attorney for Progress Residential Borrower 6, LLC. No other parties appeared in opposition. Upon the argument of Debtor's Counsel and for good cause shown, it is hereby

**ORDERED** the Motion is GRANTED. The stay of 11 U.S.C. Section 362 is extended as to all creditors with the exception of Aidvantage on behalf of Department of Education Loan Services. It is further

**ORDERED** that with respect to Progress Residential Borrower 6, LLC the stay is extended subject to the following. Debtor shall make September and October rent payment in

full by October 3, 2023. Debtor will make all rent payments beginning with November 1, 2023 rent on time. Should Debtor default on any rent payments due, Progress Residential Borrower 6, LLC may, after providing the debtor a 10 day notice to cure the default, file a default motion for relief with the court and the court may enter a order lifting the stay with no further notice.

END OF DOCUMENT

Prepared By:

_____/s/_____
Danielle J. Eliot
Georgia Bar No. 142243
Attorney for Debtor
2470 Windy Hill Rd
Suite 151
Marietta, GA 30067
770-672-6735

No Opposition By:

_____/s/_____
K Edward Safir
Attorney for Chapter 13 Trustee
Georgia Bar No. 622149
285 Peachtree Center Ave
Suite 1600
Atlanta, Georgia 30303

No Opposition by

\_\_/s/_____
Matthew Totten
GA Bar No. 798589
Attorney for Progress Residential Borrower LLC
2090 Dunwoody Club Dr
Ste 106-33
Atlanta GA 30350

## Distribution List

Corsica Denise Shanell Long
2991 Heather Lake Dr
Austell, GA 30106

K Edward Safir
Chapter 13 Trustee
285 Peachtree Center Ave
Suite 120
Atlanta, GA 30303

Matthew Totten
Attorney for Progress Residential Borrower 6 LLC
2090 Dunwoody Club Dr
Ste 106-33
Atlanta GA 30350

Progress Residential Borrower 6 LLC
Exp
6065 Roswell Rd, Ste 670
Atlanta, GA 30328

Plus All Parties on Attached Matrix

## **CERTIFICATE OF SERVICE**

    This is to certify that, in accordance with BLR 5005-5 (Bankr. N.D. Ga.), I have this date electronically filed the within and foregoing ***AFFIDAVIT OF DEBTOR'S NONCOMPLIANCE WITH COURT ORDER*** in the above-captioned contested matter with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to all parties or counsel of record, and specifically, to counsel of record for the parties in interest in this matter:

K. Edward Safir
Chapter 13 Trustee
285 Peachtree Center Ave
Suite 1600
Atlanta, GA 30303

Danielle J. Eliot
Law Office of Danielle J. Eliot, PC
2470 Windy Hill Rd
Suite 151
Marietta, GA 30067

    I have also on this day caused a copy of the pleading to be placed in the first-class United States mail, postage prepaid, addressed to the following recipients not participating in the CM/ECF system as follows

        Corsica Denise Shanell Long, *Debtor,*
        2994 Heather Lake Dr
        Austell, GA 30106

Dated: , January 25, 2024.

THE TOTTEN FIRM, LLC
2090 Dunwoody Club Dr, Ste 106-33
Atlanta, GA 30350
(404) 692-4342 (Telephone)
mft@tottenfirm.com

/s/ Matthew F. Totten
MATTHEW F. TOTTEN
(Georgia Bar No. 798589)
ATTORNEY FOR MOVANT

3